UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RONNI MARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-00691 (DRL)(SJF) |
| | ) |
| SKYWEST AIRLINES and JASON | ) |
| ALEXANDER, in his individual | ) |
| and professional capacities, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, the Declaration of Brooke Payton and enclosed exhibits attached hereto, dated April 9, 2025, Plaintiff Ronni Marks, by and through her undersigned counsel, will move this Court at the United States District Court for the Northern District of Indiana, South Bend Division, located at 204 South Main Street, South Bend, Indiana 46601 before the Honorable Damon R. Leichty, to respectfully request an order pursuant to Federal Rule of Civil Procedure Rule 37(a)(3)(B)(iii-iv), granting Plaintiff's Motion to Compel Discovery and granting such other, further, and different relief as this Court deems just and proper.

Dated: April 9, 2025
      New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: /s/ Brooke Payton
    Brooke Payton (*pro hac vice*)
    Michael J. Willemin (*pro hac vice*)
    Molly Zhu (*pro hac vice* pending)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
bpayton@wigdorlaw.com
mzhu@wigdorlaw.com

*Counsel for Plaintiff*