**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF**
**INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| RONNI MARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-00691 (DRL)(SJF) |
| | ) | |
| SKYWEST AIRLINES and JASON | ) | |
| ALEXANDER, in his individual | ) | |
| and professional capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, the

Declaration of Molly Zhu and enclosed exhibits attached hereto, dated May 13, 2025, Plaintiff

Ronni Marks, by and through her undersigned counsel, will move this Court at the United States

District Court for the Northern District of Indiana, South Bend Division, located at 204 South

Main Street, South Bend, Indiana 46601 before the Honorable Damon R. Leichty, to respectfully

request an order pursuant to Federal Rule of Civil Procedure Rule 45(c)(3) and Rule 26(b)(2),

granting Plaintiff's Motion to Quash SkyWest's Non-Party Subpoenas and granting such other,

further, and different relief as this Court deems just and proper.

Dated: May 14, 2025
     New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    Molly Zhu (*pro hac vice*)
    Brooke Payton (*pro hac vice*)
    Michael J. Willemin (*pro hac vice*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mzhu@wigdorlaw.com
bpayton@wigdorlaw.com
mwillemin@wigdorlaw.com

*Counsel for Plaintiff*