

**Michael J. Willemin**
mwillemin@wigdorlaw.com
**Brooke Payton**
bpayton@wigdorlaw.com
**Molly L. Zhu**
mzhu@wigdorlaw.com

June 10, 2025

**VIA ECF**

The Honorable Damon R. Leichty
United States District Court
Northern District of Indiana
South Bend Division

   Re: Marks v. SkyWest Case No. 3:23-cv-691 DRL-SJF

Dear Judge Leichty:

Pursuant to Local Rule 16-1(g), we write, jointly with counsel for Defendants, to inform the Court that the parties have resolved this matter and are finalizing a settlement agreement. We anticipate being able to file a stipulation of dismissal, or to provide the Court with and update on the status of resolution of this matter, within 30 days. We thank the Court for its time and attention to this matter.

Respectfully submitted,

**WIGDOR LLP**

Michael J. Willemin, Esq.
Brooke Payton, Esq.
Molly L. Zhu, Esq.
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
Mwillemin@wigdorlaw.com
bpayton@wigdorlaw.com
mzhu@wigdorlaw.com
*Counsel for Plaintiff Ronni Marks*



**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Chad A. Shultz*

GORDON REES SCULLY MANSUKHANI, LLP
Chad A. Shultz
55 Ivan Allen Jr. Bld., NW, Suite 750
Atlanta, GA 30308
Phone: (404) 869-9054
cshultz@grsm.com
*Counsel for Defendant SkyWest*

**BARNES & THORNBURG LLP**

*/s/ Benjamin s. Perry*

Benjamin S. Perry
BARNES & THORNBURG LLP
201 S. Main St, Suite 400
South Bend, IN 46601
574-237-1230 (Telephone)
574-237-1125 (Facsimile)
Benjamin.Perry@btlaw.com
*Counsel for Defendant Jason Alexander*