**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

RONNI MARKS,

               Plaintiff,

               v.

SKYWEST AIRLINES and JASON
ALEXANDER, in his individual and professional
capacities,

               Defendants.

Case No: 3:23-cv-00691

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, Plaintiff Ronni Marks and Defendants SkyWest Airlines and Jason Alexander by their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, this action is dismissed with prejudice, without costs to any party.

       **IT IS FURTHER STIPULATED AND AGREED** that a facsimile of this Stipulation and signatures by facsimile thereto, including electronic signatures, may serve with the same force and effect as the original.

| | |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendant SkyWest* |
| By: _____ | By: _____ |
| Michael J. Willemin | Chad A. Shultz |
| Brooke Payton | Ally Pruitt |
| **WIGDOR LLP** | **GORDON REES SCULLY** |
| 85 Fifth Avenue | **MANSUKHANI, LLP** |
| New York, NY 10003 | 55 Ivan Allen Jr. Bld., NW, Suite 750 |
| Telephone: (212) 257-6800 | Atlanta, GA 30308 |
| Facsimile: (212) 257-6845 | Telephone: (404) 869-9054 |
| mwillemin@wigdorlaw.com | cshultz@grsm.com |
| bpayton@wigdorlaw.com | apruitt@grsm.com |
| Dated:  July 10, 2025 | Dated:  July 10, 2025 |

*Counsel for Defendant Jason Alexander*

By: _____

Benjamin Perry
**BARNES & THORNBURG LLP**
201 S. Main St, Suite 400
South Bend, IN 46601
Telephone: (574) 237-1230
Facsimile: (574) 237-1125
benjamin.perry@btlaw.com

Dated:   *July 10, 2025*_____